# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:07cv347

| | |
|---|---|
| PAMELA DUNBAR, as Personal Representative of the Estate of Hugh Locklear, Jr., Deceased, )<br><br>Plaintiff, )<br><br>vs. )<br><br>PRISON HEALTH SERVICES, INC.; GASTON COUNTY; and ALAN CLONINGER, )<br><br>Defendants. ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff was previously ordered to advise the Court on or before October 25, 2007, whether she has retained local counsel or whether she intends to proceed in this matter *pro se*. In that Order, the Court admonished the Plaintiff as follows: "**Failure either to retain local counsel or to submit a written notice of the plaintiff's intent to proceed *pro se* in this matter may result in the summary dismissal of this action.**" [Doc. 8] (emphasis in original).

On October 24, 2007, the Plaintiff requested an additional five (5) days in which to retain local counsel or proceed *pro se*. The Court granted the Plaintiff's request on October 25, 2007, allowing the Plaintiff until November 1, 2007 to comply with the Court's directive.

To date, no local counsel has made an appearance on behalf of the Plaintiff, and the Plaintiff has failed to advise the Court whether she intends to represent herself in these proceedings.

The Plaintiff has not filed any proper pleadings in this matter. The record reflects that the only pleadings filed in this case on behalf of the Plaintiff – the complaint and the motion for enlargement of time – were filed by an attorney who is not admitted to practice before this Court and who previously was denied permission to appear *pro hac vice*.

For these reasons, **IT IS, THEREFORE, ORDERED** that this case is **DISMISSED** without prejudice.

Signed: November 7, 2007

Martin Reidinger
United States District Judge