# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Pamela Dunbar,

    Plaintiff(s),

vs.

Prison Health Services, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07-cv-347

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/7/2007 Order.

Signed: November 7, 2007

Frank G. Johns, Clerk
United States District Court